UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN COLLEEN SMITH,<br><br>                    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                    Defendant. | CASE NO. C17-5890-RBL<br><br>ORDER AFFIRMING COMMISSIONER |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court AFFIRMS the decision of the Commissioner; and

    (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 11th day of June, 2018.

                                          Ronald B. Leighton
                                          United States District Judge